IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SIERRA AERONAUTICS LTD., a domestic Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; KENNEDY FORD, INC.; JESS FORD OF GRAND COULEE, LLE; GREENWOOD FORD, INC.; and HUNT FORD, INC.,<br><br>Defendants, | CV 25-17-M-KLD<br><br>ORDER |

Plaintiff Sierra Aeronautics Ltd. has filed a notice of voluntary dismissal without prejudice as to Defendant Kennedy Ford, Inc. (Doc. 20). Accordingly,

IT IS ORDERED that this action is dismissed without prejudice as to Kennedy Ford, and Kennedy's Ford's motion to dismiss (Doc. 18) is terminated as moot.

DATED this 15th day of May, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1