IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SIERRA AERONAUTICS LTD., a domestic Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JESS FORD OF GRAND COULEE, LLC,<br><br>Defendant. | CV 25–17–M–DLC<br><br><br>ORDER |

Plaintiff Sierra Aeronautics Ltd. has filed a notice of settlement and stipulated dismissal with prejudice as to its remaining claims against Defendant Jess Ford of Grand Coulee, LLC.

Accordingly, IT IS ORDERED that the claims against Jess Ford of Grand Coulee, LLC are DISMISSED WITH PREJUDICE with each party to bear their respective attorney's fees and costs. The Clerk of Court is directed to close this case file.

DATED this 30th day of September, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

- 1 -